IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JORDAN SHIPE, | |
| Plaintiff, | |
| v. | CV 117-100 |
| AT&T CORPORATION, et al., | |
| Defendants. | |

# O R D E R

Presently before the Court is Plaintiffs' notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 10.) Because Plaintiff filed the notice prior to Defendant filling an answer or a motion for summary judgment, the dismissal is proper. The Court **ORDERS** the Clerk to **CLOSE** this case and **TERMINATE** all deadlines.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA